IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LAZARO HELIBERTO GALINDO,
D.O.C. # M18101,

    Plaintiff,

v.                                                     4:19cv376–WS/CAS

CAPTAIN HAYWOOD, et al.,

    Defendants.

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 5) docketed September 10, 2019. The magistrate judge recommends that Plaintiff's application for leave to proceed *in forma pauperis* be denied. Plaintiff has filed no objections to the report and recommendation.

Having considered the record, the court has determined that the magistrate judge's report and recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation is hereby ADOPTED and incorporated by reference in this order of the court.

2. Plaintiff's application for leave to proceed *in forma pauperis* (ECF No. 3) is DENIED.

3. Plaintiff shall have until November 18, 2019, to pay the filing fee in this case.

4. The case shall be returned to the magistrate judge for further proceedings.

DONE AND ORDERED this   15th   day of   October  , 2019.

                                              s/ William Stafford
                                              WILLIAM STAFFORD
                                              SENIOR UNITED STATES DISTRICT JUDGE