IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LAZARO HELIBERTO GALINDO,
D.O.C. #M18101,

    Plaintiff,

v.                                                             4:19cv376–WS/CAS

CAPTAIN HAYWOOD, et al.,

    Defendants.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## SECOND REPORT AND RECOMMENDATION

Before the court is the magistrate judge's second report and recommendation (ECF No. 7) docketed December 9, 2019. The magistrate judge recommends that this case be dismissed without prejudice for failure to prosecute and to comply with a court order. Plaintiff has filed no objections to the report and recommendation.

Upon review of the record, this court has determined that the report and recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's second report and recommendation (ECF No. 7) is adopted and incorporated by reference in this order of the court.

2. Plaintiff's complaint and this action are hereby DISMISSED without prejudice for failure to comply with a court order and to prosecute the case.

3. The clerk is directed to enter judgment, stating: "All claims are dismissed without prejudice."

DONE AND ORDERED this   8th   day of   January  , 2019.

                s/ William Stafford
                WILLIAM STAFFORD
                SENIOR UNITED STATES DISTRICT JUDGE